## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:24-cv-03298-TPO

Plaintiff:
**OPTIV SECURITY, INC.**

vs.

Defendants:
**EZRA MASTERS et al.**

Received these papers on the 27th day of November, 2024 at 2:49 pm to be served on **Ezra Masters, 2956 Woodcroft Circle, Carrollton, Dallas County, TX 75006.**

I, Brian Bankowski, being duly sworn, depose and say that on the **4th day of December, 2024 at 3:50 pm, I:**

hand-delivered a true copy of the **Summons in a Civil Action with Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge; Complaint and Jury Demand; attached Exhibits; and Civil Cover Sheet** with the date of delivery endorsed thereon by me to: **Ezra Masters** at the address of: **2956 Woodcroft Circle, Carrollton, Dallas County, TX 75006**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 21, have no interest in the above action, and am competent to testify I am an Authorized Process Server in good standing. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state All statements contained herein are based on my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the

____6____ day of ___Dec___, 2024

by the affiant who personally appeared.

NOTARY PUBLIC

ANNA HARRIS
Notary ID #134843062
My Commission Expires
April 9, 2028

Brian Bankowski
PSC-6817, EXP. 05/31/2025

Our Job Serial Number: PEL-2024005353
Ref: 16326

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

Case No. 1:24-cv-03298-TPO   Document 6   filed 12/18/24   USDC Colorado   pg 2
Case No. 1:24-cv-03298-TPO   Document 3-2   filed 11/26/24   USDC Colorado   pg 1
of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

OPTIV SECUIRITY INC.

*Plaintiff(s)*

v.

EZRA MASTERS, et al.

*Defendant(s)*

Civil Action No. 24-cv-3298-TPO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EZRA MASTERS
2956 Woodcroft Circle
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Hingula
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 11/26/2024  _____
*Signature of Clerk or Deputy Clerk*