## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

OPTIV SECURITY INC.                          )
1144 15th Street, Suite 2900                 )
Denver, CO 80202                             )
                                             )
                        **Plaintiff,**       )
                                             )
v.                                           )
                                             )    **Case No.:   1:24-cv-03298**
EZRA MASTERS                                 )
2956 Woodcroft Circle                        )
Carrollton, TX 75006                         )
                                             )
and                                          )
                                             )
SENSATIONO INC.                              )
17350 State Highway 249 Suite 220            )
Houston, Texas 77064                         )
                                             )
REGISTERED AGENT:                            )
Republic Registered Agent LLC                )
17350 State Highway 249 Suite 220            )
Houston, Texas 77064                         )
                                             )
and                                          )
                                             )
SENSATIONO, LLC                              )
30 N Gould Street Suite R                    )
Sheridan, Wyoming 82801                      )
                                             )
REGISTERED AGENT:                            )
Registered Agents Inc.                       )
45 E Loucks Street # 301                     )
Sheridan, Wyoming 82801                      )
                        **Defendants.**      )

## OPTIV SECURITY INC.'S MOTION FOR DEFAULT JUDGMENT

Plaintiff Optiv Security Inc. ("Optiv"), pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure, respectfully requests that the Court issue an order granting Optiv default judgment

against Defendants Ezra Masters, Sensationo Inc., and Sensationo, LLC ("Defendants") due to

Defendants' failure to answer, or otherwise respond, to Optiv's Complaint.  In support of its Motion, Optiv states as follows:

1.      On November 26, 2024, through Polsinelli, PC, Optiv filed its Complaint against Defendants for claims of (1) Breach of Contract of a Master Subcontract, (2) Breach of Contract of a Non-Disclosure Agreement, (3) Violation of Defend Trade Secrets Act, and (4) Federal Trademark Infringement. See Dkt. No. 1.

2.      As outlined in the Complaint, Optiv, through Polsinelli, PC, made numerous attempts to resolve this matter with Defendants prior to filing the Complaint. *See* Dkt. No. 1.

3.      On December 3, 2024, Optiv properly served Defendant Sensationo Inc.  *See* Dkt. No. 5.

4.      On December 3, 2024, Optiv properly served Defendant Sensationo, LLC.  *See* Dkt. No. 4.

5.      On December 4, 2024, Optiv properly served Defendant Ezra Masters.  *See* Dkt. No. 6

6.      As of the date of filing this Motion, Defendants Sensation Inc. and Sensationo, LLC have not answered or provided any other response by December 24, 2024.  *See* Fed. R. Civ. Pro. 12.

7.      As of the date of filing this Motion, Defendant Ezra Masters has not answered or provided any other response by December 26, 2024.  *See* Fed. R. Civ. Pro. 12.

8.      On January 17, 2025, Optiv moved for default which was ultimately granted and entered by the Clerk on January 23, 2025.  *See* Dkt Nos. 8 and 9.

9.      Counsel for Optiv sent the Entry of Default to Defendants on January 24, 2025, via email and FedEx.

102004712.1

10.     To date, Defendants still have not answered or entered an appearance in this matter.

11.     Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Court is authorized to enter a final judgment after default at any time.

WHEREFORE, Optiv prays that this Court enter default judgment in this case against Defendants and order the following remedies to Optiv:

A.     An award of damages in the amount of no less than $30,000.00;

B.     An award reimbursing Optiv for its costs and attorneys' fees in pursuing this action in the amount of $38,643.57; and

C.     Such other relief as this Court deems just and appropriate.

Respectfully submitted,

POLSINELLI PC


By:     */s/ Robert J. Hingula*
        ROBERT J. HINGULA (Admitted D. Colo.
        September 7, 2018; MO # 56353)
        900 W. 48th Place, Suite 900
        Kansas City, MO 64112
        Telephone: (816) 753-1000
        Facsimile: (816) 753-1536
        rhingula@polsinelli.com

ATTORNEYS FOR PLAINTIFF

102004712.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by electronic mail and/or Federal Express, this 24th day of February, 2025, to:

EZRA MASTERS
2956 Woodcroft Circle
Carrollton, TX 75006
mastersoftheux@gmail.com

SENSATIONO INC.
c/o Republic Registered Agent LLC
17350 State Highway 249 Suite 220
Houston, Texas 77064

SENSATIONO, LLC
c/oRegistered Agents Inc.
45 E Loucks Street # 301
Sheridan, Wyoming 82801

_____/s/ *Robert J. Hingula*_____

102004712.1