IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03298-TPO

OPTIV SECURITY, INC.,

    Plaintiff,

v.

EZRA MASTERS,
SENSATIONO, INC., and
SENSATIONO, LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 18, 2025.**

    This matter comes before this Court upon its own review of the case record. The Clerk of Court entered notices of default against all three Defendants. ECF 9. Thereupon Plaintiff moved for the entry of default judgment against all three Defendants. ECF 11.

    Since then, one of the Defendants, Ezra Masters, answered the complaint and entered his pro se appearance.

    The Parties shall discuss the current posture of the case at the Status Conference set for April 17, 2025 at 10:30 a.m. The Status Conference will take place in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. It is an in-person proceeding, although this Court gave Plaintiff's counsel the option to attend remotely. ECF 10.

    The Parties shall be prepared to discuss whether Defendant Masters' default should be set aside and whether this Court can enter default judgment against the other two Defendants now that Defendant Masters has appeared.

    This Court notes that Plaintiff refers to the two corporate Defendants as Defendant Masters' companies. ECF 1 at p. 1. Assuming that to be true, Defendant Masters' awareness of the April 17, 2025 Status Conference is imputed upon them as well. Nevertheless, Plaintiff shall send a copy of this Minute Order to Sensationo, Inc., and Sensationo, LLC, to any mail and email addresses that Plaintiff has for them as well as to their registered agents.