**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO. 24-CV-03298-TPO**

**OPTIV SECURITY INC.,**
Plaintiff,

v.

**EZRA MASTERS**, individually, and
**SENSATIONO, LLC. AND SENSATIONO, INC.,**
Defendants.

_____/

**DEFENDANT'S MOTION FOR REMOTE APPEARANCE**

**COMES NOW,** Defendant, Ezra Masters ("Defendant"), pro se, and respectfully moves this Honorable Court for permission to appear remotely for the hearing scheduled on April 17, 2025. In support of this motion, Defendant states as follows:

## I. BACKGROUND

1. The Court has scheduled a hearing in this matter for April 17, 2025, in the United States District Court for the District of Colorado, located in Denver, Colorado.
2. Defendant resides in Dallas, Texas, and attending the hearing in person would impose significant travel costs and logistical burdens, including flight expenses, accommodation costs, and time away from work and professional responsibilities.
3. Defendant has been actively participating in this case and has timely filed all necessary documents and responses in accordance with Court rules.
4. Defendant is fully prepared to participate in the hearing via **remote video or teleconference**, which would allow for meaningful engagement in the proceedings while mitigating undue hardship.

## II. LEGAL BASIS FOR REMOTE APPEARANCE

5. Courts recognize the benefits of remote appearances in civil litigation, particularly when physical presence is impractical or unduly burdensome. The **United States District Court for the District of Colorado** has permitted virtual proceedings in various cases when good cause is shown.
6. Allowing Defendant to appear remotely would not prejudice any party, as the nature of the hearing does not require physical evidence or in-person examination.
7. Remote appearances have become a widely accepted practice in federal and state courts, ensuring access to justice while reducing unnecessary expenses for litigants.

## III. REQUEST FOR REMOTE APPEARANCE

8. In light of the foregoing, Defendant respectfully requests that this Court grant permission for Defendant to appear remotely via **Zoom, WebEx, or any other video conferencing platform designated by the Court**.
9. Defendant is willing to comply with any technical or procedural requirements set forth by the Court to facilitate the remote appearance.

## IV. CONCLUSION

WHEREFORE, Defendant respectfully requests that this Court grant this Motion and allow Defendant to appear remotely for the scheduled hearing on April 17, 2025, and grant any other relief the Court deems just and proper.

**Respectfully submitted,**

Ezra Masters, Pro Se
2956 Woodcroft Cir.
Carrollton, TX 75006
MastersOfTheUX@gmail.com
945-446-7765

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of March, 2025, I served a true and correct copy of the foregoing **Defendant's Motion for Remote Appearance** via **Certified Mail and Email** on:

**Robert J. Hingula & Isaac T. Caverly**
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
rhingula@polsinelli.com
icaverly@polsinelli.com

DATED this 20th day of March, 2025.

**Ezra Masters, Pro Se**