IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03298-TPO

OPTIV SECURITY, INC.,

    Plaintiff,

v.

EZRA MASTERS,
SENSATIONO, INC., and
SENSATIONO, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 21, 2025.**

    For good cause shown, the Motion [ECF 18] by Defendant Ezra Masters to appear remotely at the Status Conference set for April 17, 2025 at 10:30 a.m. (Mountain Time) is **granted**.

    To do so, Defendant shall follow the Cisco Meeting App Instructions that are attached to this Minute Order.

    Should he encounter technical difficulties, he may connect to the courtroom via its telephone conference line:

Toll-Free Number:    (571) 353-2301

Access code:    061746309

    Given the nature of the request, this Court rules on the Motion without awaiting Plaintiff's response. This Court offers the general reminder to confer with other side in compliance with D.C.COLO.LCivR 7.1 before filing a motion.

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

    2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

    - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    **Family Member/Public/Media "listen" to hearing:**

    571-353-2301
    Access Code: 061746309#