## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

OPTIV SECURITY INC.,                          )
                               **Plaintiff,**              )

v.                                            )
                                        ) **Case No.:  1:24-cv-03298**

EZRA MASTERS, et al.                          )
                     **Defendants.**              )
                                        )
                                        )

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION FOR REMOTE APPEARANCE AND REQUEST TO APPEAR REMOTELY

Plaintiff Optiv Security Inc., ("Optiv") files this Response to Defendant Ezra Masters' Motion for Remote Appearance (the "Motion") for the Status Conference set for April 17, 2025. In response, Optiv states the following:

Optiv does not object to Mr. Masters' Motion on the condition that counsel for Optiv also be granted leave to appear remotely. Lead counsel for Optiv resides in Kansas City, Missouri, and would incur travel costs to appear in person. Should this Court grant Mr. Masters' Motion, Optiv believes that no party, nor this Court, would be prejudiced should Counsel for Optiv also be permitted to appear remotely. Indeed, a remote appearance by Optiv's counsel could reduce potential technical issues of having one party appear in person and another party appearing remote.

Optiv does object to Mr. Masters' statement in the Motion that "Defendant has been actively participating in this case and has timely filed all necessary documents and responses in accordance with Court rules." *See* ECF No. 18. Neither Mr. Masters, nor his two companies, have *timely* filed any documents with this Court. Nor have the Defendants actively participated in this case. Mr. Masters filed an Answer and Counterclaims (ECF Nos. 14, 15, and 16) (the "Answer")

on behalf of himself alone on March 17, 2025[1]. This was almost four months after Optiv filed its Complaint (ECF No. 1) and three months after his Answer was due. Indeed, Mr. Masters' Answer was filed on the last day in which to respond to Optiv's Motion for Default Judgment (ECF No. 11) after the Clerk's Entry of Default (ECF No. 9) had been entered on January 23, 2025. Counsel for Optiv properly served Mr. Masters and his companies all filings in this case via physical mail and email. Indeed, prior to his "Answers" Counsel for Optiv has not heard from Mr. Masters since December 25, 2024, when Mr. Masters sent a photo of himself with dogs. Simply put, Mr. Masters has sat out of the duration of this case.

Optiv further notes that no attorney has filed an entry of appearance on behalf of either Sensationo, Inc. or Sensationo, LLC as of the date of this Response. Mr. Masters is not permitted to appear pro se on behalf of either of his two companies. *See Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) ("It has been our long-standing rule that a corporation must be represented by an attorney to appear in federal court."); *see also Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001) ("As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se.").

Optiv requests that should this Court grant Mr. Masters' Motion, Optiv also be provided the opportunity to appear remote for the Status Conference Set for April 17, 2025.

---

[1] Neither of the defendant companies have filed an answer or otherwise appeared in this case.

Respectfully submitted,

POLSINELLI PC

By:  ___*/s/ Robert J. Hingula*_____
     ROBERT J. HINGULA (Admitted D. Colo.
     September 7, 2018; MO # 56353)
     900 W. 48th Place, Suite 900
     Kansas City, MO 64112
     Telephone: (816) 753-1000
     Facsimile: (816) 753-1536
     rhingula@polsinelli.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X__) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 21st day of March, 2025, to:

Ezra Masters
2956 Woodcroft Circle
Carrollton, TX 75006
mastersoftheux@gmail.com
*PRO SE* PLAINTIFF

and by email and U.S. Mail, postage prepaid, to the following:

SENSATIONO INC.
c/o Republic Registered Agent LLC
17350 State Highway 249 Suite 220
Houston, Texas 77064
mastersoftheux@gmail.com

SENSATIONO, LLC
c/o Registered Agents Inc.
45 E Loucks Street # 301
Sheridan, Wyoming 82801
mastersoftheux@gmail.com

          /s/ *Robert J. Hingula*_____

3