IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03298-TPO

OPTIV SECURITY, INC.,

    Plaintiff,

v.

EZRA MASTERS,
SENSATIONO, INC., and
SENSATIONO, LLC,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 21, 2025.**

    Before this Court is Plaintiff's Response [ECF 20] to Defendant's Motion for Remote Appearance. Plaintiff asks that "should this Court grant Mr. Master's Motion," which this Court did at ECF 19, it "also be provided the opportunity to appear remote for the Status Conference set for April 17, 2025." ECF 20 at p. 2.

    Plaintiff's request is granted, although technically the request is moot. At ECF 10, this Court already gave Plaintiff's counsel leave to attend remotely because he is out of state.