IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 24-CV-03298-TPO

**OPTIV SECURITY INC.,** Plaintiff,

v.

**EZRA MASTERS**, individually, and **SENSATIONO, LLC. AND SENSATIONO, INC.,** Defendants.

_____/

## DEFENDANT'S MOTION TO SET ASIDE CLERK'S DEFAULT

**COMES NOW,** Defendant Ezra Masters ("Defendant"), appearing pro se, and respectfully moves this Honorable Court, pursuant to **Federal Rule of Civil Procedure 55(c)**, to set aside the Clerk's Entry of Default entered against Defendants. In support of this Motion, Defendant states the following:

## I. PROCEDURAL BACKGROUND

1. On or about November 26, 2024, Plaintiff Optiv Security Inc. filed suit against Defendant, alleging claims related to breach of contract and misuse of intellectual property.
2. A Clerk's Entry of Default was entered against Defendant for failure to timely respond.
3. On March 17, 2025, Defendant, unaware of the technical requirement to first move to set aside default, filed an Amended Answer and Counterclaim in good faith to respond to Plaintiff's claims and assert meritorious defenses.

## II. LEGAL STANDARD

4. Federal Rule of Civil Procedure 55(c) allows a court to set aside an entry of default for "good cause."
5. The Tenth Circuit evaluates good cause by considering three main factors:
    - Whether the defaulting party's conduct was willful,
    - Whether setting aside the default would prejudice the non-moving party,
    - Whether the defaulting party has a meritorious defense.

See **Pinson v. Equifax Credit Info. Servs., Inc., 316 F. App'x 744, 750 (10th Cir. 2009)**.

## III. ARGUMENT

### A. Defendant's Conduct Was Not Willful

6. Defendant is a pro se litigant with no legal training and was unaware that filing an Answer before requesting to set aside default was procedurally incorrect.
7. Defendant acted promptly and in good faith by filing an Amended Answer and Counterclaim upon learning of the suit and has continued to respond diligently.

### B. Plaintiff Will Not Be Prejudiced

8. Setting aside the default will not prejudice Plaintiff, as the case is still in its early stages and no dispositive motions or discovery deadlines have passed.
9. Plaintiff will have a full opportunity to litigate the merits of its claims, and no evidence will be lost or impaired by allowing the case to proceed on its merits.

### C. Defendant Has Meritorious Defenses

10. Defendant's Answer and Counterclaim sets forth meritorious defenses including, but not limited to, fair use, lack of damages, public domain design sources, and abuse of legal process.
11. Defendant has detailed a strong factual and legal basis challenging the core of Plaintiff's allegations, including documented efforts to comply with Plaintiff's requests and screenshots of publicly available design sources.

## IV. CONCLUSION

12. In light of the foregoing, Defendant respectfully requests that the Court set aside the Clerk's Entry of Default and allow this case to proceed on its merits.

## REQUEST FOR RELIEF

WHEREFORE, Defendant Ezra Masters respectfully requests that this Court:

1. **GRANT** this Motion to Set Aside Clerk's Default;
2. Accept the previously filed Amended Answer and Counterclaim as timely;
3. Grant such further relief as the Court deems just and proper.

**Respectfully submitted,**

Ezra Masters
Defendant, Pro Se

2956 Woodcroft Cir.
Carrollton, TX 75006
MastersOfTheUX@gmail.com
945-446-7765

DATED this 21st day of March, 2025.