# MINUTE ENTRY FOR SETTLEMENT
### Magistrate Judge Timothy P. O'Hara

DATE: June 27, 2025

RE:   24-cv-03298-CNS-TPO
   *Optiv Security Inc. v. Masters et al*

A Settlement Conference was held on this date, and a settlement was reached as to all claims and Parties.

The Parties shall file dismissal papers on or before **August 15, 2025**.

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Settlement preparation, discussion, and off-the-record court time involved: **9 Hours.**

No record was made of the Settlement Conference.